JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA ANIF AFSHAR,<br><br>      Petitioner,<br><br>      v.<br><br>DAVID MARIN, et al.,<br><br>      Respondents. | No. ED 26-cv-308-JAK (Ex)<br><br>**JUDGMENT** |

Pursuant to the "Order for Entry of Judgment," it is adjudged that:  (1) Respondents and their officers, agents, employees, attorneys and persons acting on their behalf, in concert or in participation with them, are enjoined from re-detaining Petitioner without notice and following a pre-detention hearing before a neutral immigration judge at which it is determined that detention is appropriate and warranted under the applicable law and regulations because Petitioner has violated a term of his OSUP or because his deportation is imminent due to changed circumstances; and (2) the Petition is otherwise dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 7, 2026

_____
John A. Kronstadt
United States District Judge